IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GARLAND,

    Plaintiff,
vs.                                        CASE NO. 4:08cv580/RS-WCS

FLORIDA STATE PRISON OFFICIALS,
et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 11) and Plaintiff's Motion Of Objection To Report And To Proceed Due To Facts In Support (Doc. 16), which shall be considered as objections. I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed because:

    (a) Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) should have been denied pursuant to 28 U.S.C. §1915(g);

    (b) Plaintiff's is not under imminent danger of serious physical injury;

    (c) Plaintiff has failed to comply with a court order.

3. The clerk is directed to close the file.

**ORDERED** on April 9, 2009.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**